**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                                    Case No. 3:15-cr-16-J-34MCR

SYTERIA HEPHZIBAH
    a/k/a Highly Favored Shekinah El
_____/

**O R D E R**

    This case is before the Court on Defendant Syteria Hephzibah's Affidavit of Fact: Petition for Recusal Pursuant to 28 U.S.C. § 144, which the Court construes as a Motion for Recusal (Doc. 125; Motion). The Motion was filed on April 22, 2016. See id. at 1. The United States has not yet responded to the Motion.

    In the Motion, Defendant requests that the undersigned recuse herself from presiding over the case. See generally id. A review of the Motion reflects that this request is based upon Defendant's disagreement and dissatisfaction with the undersigned's various rulings in this matter. The undersigned has fully reviewed and considered the Motion and finds no reason for the undersigned to recuse herself in this case. See Byrne v. Nezhat, M.D., 261 F.3d 1075, 1102–03 (11th Cir. 2001); McWhorter v. City of Birmingham, 906 F.2d 674, 678–79 (11th Cir. 1990); Ivey v. Snow, No. 1:05-cv-1150-JOF, 2007 WL 1810213, at *2 (N.D. Ga. June 21, 2007). As such, the undersigned is obligated to continue to preside over this matter. See United States v. Greenough, 782 F.2d 1556, 1558 (11th Cir. 1986) ("[A] judge, having been assigned to a case, should not recuse [her]self on unsupported, irrational, or highly tenuous speculation."); Lawal v. Winners Int'l

1

Rests. Co. Operations, Inc., No. 1:04-cv-0913-WSD, 2006 WL 898180, at *4 (N.D. Ga. Apr. 6, 2009) ("A trial judge has as much obligation not to recuse [her]self when there is no reason to do so as [s]he does to recuse [her]self when the converse is true.") (quoting United States v. Bray, 546 F.2d 851, 857 (10th Cir. 1976)); United States v. Malmsberry, 222 F. Supp. 2d 1345, 1349 (M.D. Fla. 2002) ("[A] judge has as strong a duty to sit when there is no legitimate reason to recuse as [s]he does to recuse when the law and facts require."). The Motion will be denied to the extent Defendant requests that the undersigned recuse herself from this action.

Accordingly, it is hereby **ORDERED**:

Defendant Syteria Hephzibah's Affidavit of Fact: Petition for Recusal Pursuant to 28 U.S.C. § 144 (Doc. 125) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of April, 2016.

MARCIA MORALES HOWARD
United States District Judge

lc20

Copies to:

Counsel of Record

Pro Se Parties